UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JORGE MENDOZA-ITURRALDE,** individually and as owner and President of **MONICA'S, INC.;** <br><br> **MONICA'S, INC.;** <br><br> **CARLA GOMES,** individually, and as owner and President of **TERRAMIA, INC.** and **ANTICO FORNO, INC.;** <br><br> **TERRAMIA, INC.;** <br><br> **ANTICO FORNO, INC.;** <br><br> **JASON SILVESTRI,** individually and as principal owner and President of **DOLCE FUMA RESTAURANT GROUP CORP.;** <br><br> **DOLCE FUMA RESTAURANT GROUP CORP.;** <br><br> **PATRICK MENDOZA,** doing business as **MONICA'S TRATTORIA** on Prince; <br><br>        Plaintiffs, <br><br> v. <br><br> **MICHELLE WU,** in her capacity as Mayor of the City of Boston <br>        Defendant. | C.A. No. 1:22-CV-10710 |

## DEFENDANT'S MOTION FOR CONTINUANCE OF HEARING

Now comes the Defendant, Michelle Wu, in her capacity as Mayor of the City of Boston (the "City"), and hereby respectfully moves this Honorable Court to continue the hearing for the Motion to Dismiss for Failure to State a Claim to June 22, 2023.

As grounds for this motion, the City states:

1. The hearing for the City's Motion to Dismiss is currently scheduled for April 26, 2023.

2. Undersigned counsel is on parental leave through May 23, 2023.

3. The Plaintiff's counsel assents to this motion and is available for a June 22, 2023 hearing date.

4. No party will be prejudiced by this request.

For the above reasons, the City respectfully requests that this Honorable Court continue the hearing for the City's Motion to Dismiss for Failure to State a Claim to June 22, 2023.

Date: March 24, 2023  Respectfully submitted,

**MAYOR MICHELLE WU**

By her attorneys:

ADAM CEDERBAUM
Corporation Counsel

*/s/ Samantha Fuchs*
Samantha Fuchs (BBO# 708216)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4034
Samantha.Fuchs@boston.gov

Certificate of Service

I, Samantha Fuchs, hereby certify that on March 24, 2023, I filed a true and correct copy of this document through the ECF system to counsel for the Plaintiffs, Richard Chambers.

*/s/ Samantha Fuchs*
Samantha Fuchs