UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE MENDOZA-ITURRALDE, individually and as owner and President of MONICA'S, INC.; <br><br> MONICA'S, INC.; <br><br> CARLA GOMES, individually, and as owner and President of TERRAMIA, INC and ANTICO FORNO, INC; <br><br> TERRAMIA, INC.; <br><br> ANTICO FORNO, INC.; <br><br> JASON SILVESTRI, individually and as principal owner and President of DOLCE FUMA RESTAURANT GROUP CORP; <br><br> DOLCE FUMA RESTAURANT GROUP CORP.; <br><br> PATRICK MENDOZA, doing business as MONICA'S TRATTORIA on Prince; <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE WU, in her Capacity as Mayor of the City of Boston <br><br> Defendant. | Civil Action No.: 1:22-cv-10710 |

1

## PLAINTIFFS' REQUEST FOR DISMISSAL OF THE INSTANT ACTION

NOW COME, all of the Plaintiffs, by and through undersigned counsel, who respectfully request that this Honorable Court dismiss the instant action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without prejudice.

The Plaintiffs submit that this request is proper and that the interests of justice dictate that this request be allowed.

Undersigned counsel further submits that he has conferred with counsel for the Defendant related to this request, however, the Defendant has not assented to the instant request.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for the Plaintiff has conferred with counsel for the Defendant and attempted in good faith to resolve or narrow the issues presented in this request.

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.

Respectfully submitted,
The Plaintiffs,
By their attorney,

DATED: May 31, 2023

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: May 31, 2023

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.