UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JORGE MENDOZA-ITURRALDE,** individually and as owner and President of **MONICA'S, INC.;** <br><br> **MONICA'S, INC.;** <br><br> **CARLA GOMES,** individually, and as owner and President of **TERRAMIA, INC.** and **ANTICO FORNO, INC.;** <br><br> **TERRAMIA, INC.;** <br><br> **ANTICO FORNO, INC.;** <br><br> **JASON SILVESTRI,** individually and as principal owner and President of **DOLCE FUMA RESTAURANT GROUP CORP.;** <br><br> **DOLCE FUMA RESTAURANT GROUP CORP.;** <br><br> **PATRICK MENDOZA,** doing business as **MONICA'S TRATTORIA on Prince;** <br><br> Plaintiffs, <br><br> v. <br><br> **MICHELLE WU,** in her capacity as Mayor of the City of Boston <br> Defendant. | C.A. No. 1:22-CV-10710 |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST FOR DISMISSAL OF THE INSTANT ACTION

The Defendant, Michelle Wu, in her capacity as Mayor of the City of Boston (the "City"), does not oppose the Plaintiffs' Request for Dismissal of the Instant Action.

Date:  June 2, 2023                                          Respectfully submitted,

**MAYOR MICHELLE WU**

By her attorneys:

ADAM CEDERBAUM
Corporation Counsel


*/s/ Samantha Fuchs*
Samantha Fuchs (BBO# 708216)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4034
Samantha.Fuchs@boston.gov


Certificate of Service

    I, Samantha Fuchs, hereby certify that on June 2, 2023, I filed a true and correct copy of this document through the ECF system to counsel for the Plaintiffs, Richard Chambers.

*/s/ Samantha Fuchs*
Samantha Fuchs