UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE MENDOZA-ITURRALDE, individually and as owner and President of MONICA'S, INC.; MONICA'S, INC.; CARLA GOMES, individually, and as owner and President of TERRAMIA, INC. and ANTICO FORNO, INC.; TERRAMIA, INC.; ANTICO FORNO, INC.; JASON SILVESTRI, individually and as principal owner and President of DOLCE FUMA RESTAURANT GROUP CORP.; DOLCE FUMA RESTAURANT GROUP CORP.; PATRICK MENDOZA, doing business as MONICA'S TRATTORIA on Prince;<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE WU, in her official capacity as Mayor of the City of Boston,<br><br>Defendant. | Civil Action No. 1:22-cv-10710-IT |

ORDER OF DISMISSAL

June 5, 2023

TALWANI, D.J.

Pursuant to Plaintiffs' Request for Dismissal of the Instant Action [Doc. No. 36] under Fed. R. Civ. P. 41(a)(2), which Defendant does not oppose, see Defs. Response [Doc. No. 38], this action is DISMISSED without prejudice. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge